AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EL TORO LOCO CHURRASCARIA, LLC, a Florida limited liability company, and ETLC TRADEMARKS, LLC, a Florida limited liability company, <br> *Plaintiff(s)* <br> v. <br> LA VACA LOCA CHURRASQUERIA, LLC, a Florida limited liability company, and LOURDES BLANCO, an individual, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-23893-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LA VACA LOCA CHURRASQUERIA, LLC
c/o Registered Agent Lourdes Blanco
12335 SW 248th Street
Princeton, Florida 33032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillip J. Sheehe
 Johanna E. Sheehe
SHEEHE & ASSOCIATES, P.A.
9830 Southwest 77th Avenue
Suite 215
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   08/29/2025

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EL TORO LOCO CHURRASCARIA, LLC, a Florida limited liability company, and ETLC TRADEMARKS, LLC, a Florida limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> LA VACA LOCA CHURRASQUERIA, LLC, a Florida limited liability company, and LOURDES BLANCO, an individual, <br><br> *Defendant(s)* | Civil Action No.  1:25-cv-23893-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lourdes Blanco
12335 SW 248th Street
Princeton, Florida 33032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillip J. Sheehe
 Johanna E. Sheehe
SHEEHE & ASSOCIATES, P.A.
9830 Southwest 77th Avenue
Suite 215
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  08/29/2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts